IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02491-MSK-MEH

CARL MAYFIELD,

    Plaintiff,

v.

MORGAN STANLEY & CO., INC.,

    Defendant.

---

## ORDER OF RECUSAL

---

**Michael E. Hegarty, United States Magistrate Judge.**

Pursuant to 28 U.S.C. §455(b)(5), a Magistrate Judge shall disqualify himself under the following circumstances:

> He or his spouse, or a person within the third degree of relationship to either of them, or the spouse of such a person:
>
> . . .
>
> (ii) Is acting as a lawyer in the proceeding; . . .

My law clerk, who works closely with me on all cases assigned to this chambers, is the spouse of Todd J. McNamara of McNamara, Roseman, Martinez & Kazmierski LLP, which serves as Plaintiff's counsel in this matter. In the interests of avoiding any appearance of impropriety (*see* 28 U.S.C. § 455(a)), I hereby recuse myself from service in this matter. I direct the Clerk of the Court to cause this matter to be reassigned by random draw to another Magistrate Judge.

DATED at Denver, Colorado, this 19th day of November, 2008.

                                                BY THE COURT:

                                                s/ Michael E. Hegarty
                                                Michael E. Hegarty
                                                United States Magistrate Judge