IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02491-CMA-BNB

CARL MAYFIELD,

Plaintiff,

v.

MORGAN STANLEY & COMPANY, INC.,

Defendant.

---

# MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **Unopposed Motion to File Amended Answer** [docket no. 22, filed February 9, 2009] (the "Motion").

    IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Amended Answer for filing.


DATED: February 10, 2009