IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02491-CMA-BNB

CARL MAYFIELD,

Plaintiff,

v.

MORGAN STANLEY & COMPANY, INC.,

Defendant.

---

**MINUTE ORDER**
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion for Entry of Protective Order** [docket no. 29, filed March 3, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.


DATED: March 5, 2009