IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.   08-cv-02491-CMA-BNB | Date: June 23, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

CARL MAYFIELD,                                              William Martinez

           Plaintiff(s),

v.

MORGAN STANLEY & CO., INC.,                     Gregory Eurich
                                                                 Alyssa Yatsko

           Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:       8:32 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Plaintiff's partially unopposed combined motion to compel discovery responses, for expedited briefing and hearing on his motion to compel, and for extension of discovery cutoff filed 6/08/09 doc. 36 is granted in part and denied in part as stated on the record. The discovery cut-off is extended to September 18, 2009.**

**ORDERED:   Defendant's oral motion to extend the time of the plaintiff's deposition is granted as stated on the record.**

Court in Recess       8:54 a.m.       Hearing concluded.    Total time in Court:    00:22

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.