IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02491-CMA-BNB

CARL MAYFIELD,

Plaintiff,

v.

MORGAN STANLEY & COMPANY, INC.,

Defendant.

_____

**ORDER**
_____

This matter arises on **Plaintiff's Partially Unopposed Combined Motion to Compel Discovery Responses, for Expedited Briefing and Hearing On His Motion to Compel, and for Extension of Discovery Cutoff** [Doc. # 36, filed 6/8/2009] (the "Motion "). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED to extend the discovery cutoff to and including **September 18, 2009**, and to expedite briefing and hearing; and

• DENIED as moot in all other respects based on the agreements of counsel.

IT IS FURTHER ORDERED that the defendant's oral motion to extend the length of the plaintiff's deposition to a total of nine hours is GRANTED.

Dated June 23, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge