**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02491-CMA-BNB

CARL MAYFIELD,

     Plaintiff,

v.

MORGAN STANLEY & COMPANY, INC.,

     Defendant.

---

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

     This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. # 45).  The Court having reviewed the Stipulation for Dismissal and being fully advised, hereby

     ORDERS that the above-captioned action is DISMISSED WITH PREJUDICE, each party to bear his or its own attorneys' fees and costs.

     IT IS FURTHER ORDERED that the terms of the Agreement between the parties pursuant to which the Stipulation and Order For Dismissal With Prejudice have been entered are to be kept strictly confidential by plaintiff and that any disclosure of such terms except to plaintiff's immediate family, his tax advisor or as may be required by law, may constitute contempt of Court for which this Court may enter such sanctions as are appropriate.

     DATED:  August __18__, 2009

                          BY THE COURT:

                          _____
                          CHRISTINE M. ARGUELLO
                          United States District Judge